IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PHIFER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv166-MHT |
| | ) | (WO) |
| HYUNDAI POWER TRANSFORMERS USA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the filing of the amended complaint (doc. no. 18), it is ORDERED that the motions to dismiss (doc. nos. 9 & 10) are denied as moot, without prejudice.

DONE, this the 7th day of May, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**