IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT PHIFER, JR., )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>HYUNDAI POWER TRANSFORMERS )<br>USA and LUTHER SCULL, )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:19cv166-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Hyundai Power Transformers' partial motion to dismiss (doc. 48) is granted to the extent that plaintiff Robert Phifer, Jr.'s failure-to-promote claim under Title VII and § 1981 is dismissed.  In all other respects, the motion is denied.

(2) Defendant Luther Scull's motion to dismiss (doc. 53) is granted.  Defendant Scull is dismissed and terminated as a party.

(3) This suit proceeds against defendant Hyundai on

plaintiff Phifer's remaining claims of racial discrimination, hostile work environment, and retaliation under Title VII and § 1981) as well as his claims of FMLA interference and retaliation.

DONE, this the 2nd day of March, 2021.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE